**PlnDue, DsclsDue, RELATED, JNTADMN, LEAD, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-18-40816-nhl

*Date filed:* 02/14/2018
*341 meeting:* 03/23/2018
*Deadline for filing claims:* 09/07/2018
*Deadline for filing claims (govt.):* 09/07/2018

*Assigned to:* Nancy Hershey Lord
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor***<br>**22 Maple Street, LLC, et al,**<br>1600 63rd Street<br>Brooklyn, NY 11204-2713<br>KINGS-NY<br>Tax ID / EIN: 90-1027450 | represented by **J Ted Donovan**<br>Goldberg Weprin Finkel<br>Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-301-6943<br>Fax : (212)-422-6836<br>Email: Tdonovan@gwfglaw.com<br><br>**Kevin J Nash**<br>Goldberg Weprin Finkel<br>Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212) 301-6944<br>Fax : (212) 422-6836<br>Email: KNash@gwfglaw.com |
| ***Jointly Administered Debtor***<br>**25 Oriol Drive, LLC,** | represented by **J Ted Donovan**<br>(See above for address) |
| ***Jointly Administered Debtor***<br>**59 Coolidge Road, LLC** | represented by **J Ted Donovan**<br>(See above for address) |
| ***Jointly Administered Debtor***<br>**20 Kinmonth Road, LLC,** | represented by **J Ted Donovan**<br>(See above for address) |

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 02/14/2018 | 🔵1 | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $1717 Filed by Kevin J Nash on behalf of 22 Maple Street, LLC Chapter 11 Plan due by 06/14/2018. Disclosure Statement due by 06/14/2018. (Nash, Kevin) (Entered: 02/14/2018) |
| 02/14/2018 | | Receipt of Voluntary Petition (Chapter 11)(1-18-40816) [misc,volp11a] (1717.00) Filing Fee. Receipt number 16347627. Fee amount 1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/14/2018) |
| 02/14/2018 | 🔵2 | Deficient Filing Chapter 11. Voluntary Petition [Pages 1-8] due by 2/14/2018 to correct NAICS Code. Corporate Ownership Statement Pursuant to FBR 1007(a)(1) due 2/14/2018. Corporate Disclosure Statement Pursuant to FBR 1073-3 due 2/14/2018. Disclosure of Compensation of Attorney for Debtor. 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) (Official Form 2030) due 2/28/2018. Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 2/28/2018. Schedule A/B due 2/28/2018. Schedule G due 2/28/2018. Schedule H due 2/28/2018. Statement of Financial Affairs Non-Ind Form 207 due 2/28/2018. Incomplete Filings due by 2/28/2018. (rjl) Modified on 2/16/2018 to remove Affidavit Pursuant to E.D.N.Y. LBR 1007-4 from entry. (rjl). (Entered: 02/16/2018) |
| 02/15/2018 | 🔵 | The above case is related to Case Number(s) 13-46782 Keen Equities, LLC, 18-40515 90 West Street LLC, 18-40817 25 Oriol Drive, LLC, 18-40818 59 Coolidge Road, LLC, 18-40819 20 Kinmonth Road, LLC, (mna) (Entered: 02/15/2018) |
| 02/15/2018 | 🔵 | Judge Elizabeth S. Stong removed from the case due to Related Cases, Judge Reassigned. Judge Nancy Lord added to the case. (mna) (Entered: 02/15/2018) |
| 02/16/2018 | 🔵3 | Meeting of Creditors 341(a) meeting to be held on 3/23/2018 at 12:00 PM at Room 2579, 271-C Cadman Plaza East, Brooklyn, NY. (rjl) (Entered: 02/16/2018) |
| 02/18/2018 | 🔵4 | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 02/18/2018. (Admin.) (Entered: 02/19/2018) |
| 02/18/2018 | 🔵5 | BNC Certificate of Mailing - Meeting of Creditors Notice Date 02/18/2018. (Admin.) (Entered: 02/19/2018) |
| 02/18/2018 | 🔵6 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 02/18/2018. (Admin.) (Entered: 02/19/2018) |

| | | |
|---|---|---|
| 02/19/2018 | ● 7 | Order Scheduling Initial Case Management Conference. Status hearing to be held on 3/8/2018 at 11:00 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. Signed on 2/19/2018 (agh) (Entered: 02/20/2018) |
| 02/21/2018 | ● 8 | Refiled Petition Re: Forms Modernization 2015 (Pgs 1-4)for Non-Individuals; to correct NAICS Code Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 22 Maple Street, LLC) (Donovan, J) (Entered: 02/21/2018) |
| 02/22/2018 | ● 9 | BNC Certificate of Mailing with Notice/Order Notice Date 02/22/2018. (Admin.) (Entered: 02/23/2018) |
| 03/05/2018 | ● 10 | Motion for Kenneth J. Ottaviano to Appear Pro Hac Vice for Capital Funding, LLC. Fee Amount $150. Filed by Jeff J Friedman on behalf of Capital Funding, LLC. (Friedman, Jeff) (Entered: 03/05/2018) |
| 03/05/2018 | ● 11 | Motion for Paige Barr Tinkham to Appear Pro Hac Vice for Capital Funding, LLC. Fee Amount $150. Filed by Jeff J Friedman on behalf of Capital Funding, LLC. (Friedman, Jeff) (Entered: 03/05/2018) |
| 03/05/2018 | | Receipt of Motion to Appear Pro Hac Vice(1-18-40816-nhl) [motion,mprohac] ( 150.00) Filing Fee. Receipt number 16409285. Fee amount 150.00. (re: Doc# 10) (U.S. Treasury) (Entered: 03/05/2018) |
| 03/05/2018 | | Receipt of Motion to Appear Pro Hac Vice(1-18-40816-nhl) [motion,mprohac] ( 150.00) Filing Fee. Receipt number 16409285. Fee amount 150.00. (re: Doc# 11) (U.S. Treasury) (Entered: 03/05/2018) |
| 03/08/2018 | ● | Initial Case Management Hearing Held; Appearances: Rachel Weinberger (US Trustee), Paige Barr Tinkham (Counsel to Capitla Funding LLC), Kevin J. Nash (Counsel to Debtor); Hearing Adjourned to 04/12/2018 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 7 Order Scheduling Initial Case Management Conference) (ahoward) (Entered: 03/20/2018) |
| 03/09/2018 | ● 12 | Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule E/F, Fee Amount $31 Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (Donovan, J) [Incorrect case number on Page 1]. (Entered: 03/09/2018) |
| 03/09/2018 | ● 13 | Statement , Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Schedule A/B, Schedule G, Schedule H, : Statement of Financial Affairs, Rule 2016-b statement, Rule 7.2 statement, Statement of Corporate Ownership filed., Statement of Financial Affairs for Non-Individuals (Form 207), Summary of Assets and Liabilities for Non-Individuals (Form 206Sum) for Non-Individuals Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related |

| | | |
|---|---|---|
| | | document(s)2 Deficient Filing Chapter 11) (Attachments: # 1 Rule 2016-b disclosure # 2 Rule 7.2 disclosure) (Donovan, J) (Entered: 03/09/2018) |
| 03/09/2018 | | Receipt of Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due)(1-18-40816-nhl) [misc,aschsfa] ( 31.00) Filing Fee. Receipt number 16427793. Fee amount 31.00. (re: Doc# 12) (U.S. Treasury) (Entered: 03/09/2018) |
| 03/10/2018 | 14 | Order for admission to practice pro hac vice, for Attorney Kenneth J Ottaviano (Related Doc:10 Motion for Kenneth J. Ottaviano to Appear Pro Hac Vice for Capital Funding, LLC. Fee Amount $150. Filed by Jeff J Friedman on behalf of Capital Funding, LLC.). Signed on 3/10/2018. (rjl) (Entered: 03/12/2018) |
| 03/10/2018 | 15 | Order for admission to practice pro hac vice for Attorney, Paige Barr Tinkham (Related Doc:11 Motion for Paige Barr Tinkham to Appear Pro Hac Vice for Capital Funding, LLC. Fee Amount $150. Filed by Jeff J Friedman on behalf of Capital Funding, LLC.). Signed on 3/10/2018. (rjl) (Entered: 03/12/2018) |
| 03/14/2018 | 16 | Amended Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) : Local Rule Affidavit (ECF #12) amended to correct case number and date Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (Donovan, J) 12. (Entered: 03/14/2018) |
| 03/22/2018 | 17 | Motion for Relief from Stay *Motion of Capital Funding, LLC for Relief from the Automatic Stay for Cause*. Objections to be filed on April 5, 2018. Fee Amount $181. Filed by Jeff J Friedman on behalf of Capital Funding, LLC. Hearing scheduled for 4/12/2018 at 03:30 PM, Courtroom 3577 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Friedman, Jeff) (Modified on 3/23/2018 to include location) (agh). (Entered: 03/22/2018) |
| 03/22/2018 | | Receipt of Motion for Relief From Stay(1-18-40816-nhl) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 16467529. Fee amount 181.00. (re: Doc# 17) (U.S. Treasury) (Entered: 03/22/2018) |
| 03/22/2018 | 18 | Motion for Joint Administration of Case 18-40816 with Case(s) 18-40817, 18-40818, 18-40819 Filed by J Ted Donovan on behalf of 22 Maple Street, LLC. (Attachments: # 1 Proposed Order) (Donovan, J) (Entered: 03/22/2018) |
| 03/23/2018 | 19 | [TO BE RE-DOCKETED WITH CORRECT DOCKET EVENT] - Affirmation in Support *Notice of Hearing on April 12, 2018 at 3:30 p.m.* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)18 Motion for Joint Administration filed by Debtor 22 Maple Street, LLC) (Donovan, J) Modified on 3/23/2018 (agh). (Entered: 03/23/2018) |

| | | |
|---|---|---|
| 03/23/2018 | ⊕20 | Amended Notice of Motion/Presentment Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)18 Motion for Joint Administration filed by Debtor 22 Maple Street, LLC) Hearing scheduled for 4/12/2018 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Donovan, J) (Entered: 03/23/2018) |
| 03/26/2018 | ⊕21 | Affidavit/Certificate of Service Filed by Jeff J Friedman on behalf of Capital Funding, LLC (RE: related document(s)14 Order on Motion to Appear Pro Hac Vice) (Friedman, Jeff) (Entered: 03/26/2018) |
| 03/26/2018 | ⊕22 | Affidavit/Certificate of Service Filed by Jeff J Friedman on behalf of Capital Funding, LLC (RE: related document(s)15 Order on Motion to Appear Pro Hac Vice) (Friedman, Jeff) (Entered: 03/26/2018) |
| 03/28/2018 | ⊕23 | Application to Employ Goldberg Weprin Finkel Goldstein LLP as Attorneys for the Debtor Filed by J Ted Donovan on behalf of 22 Maple Street, LLC. (Attachments: # 1 Declaration of Disinterestedness # 2 Lar Dan Declaration # 3 Proposed Order) (Donovan, J) (Entered: 03/28/2018) |
| 04/01/2018 | ⊕24 | Notice of Appearance and Request for Notice Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (Tinkham, Paige) (Entered: 04/01/2018) |
| 04/05/2018 | ⊕25 | Letter *requesting Court grant extension to time to file objections.* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) (Donovan, J) (Entered: 04/05/2018) |
| 04/06/2018 | ⊕26 | Letter of Adjournment: Hearing rescheduled from April 12, 2018 at 3:30 p.m. to April 26, 2018 at 3:30 p.m. All other matters scheduled to be heard on April 12, 2018 are going forward on April 12. Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) (Donovan, J) (Entered: 04/06/2018) |
| 04/09/2018 | ⊕ | Adjourned Without Hearing (related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) Hearing scheduled for 04/26/2018 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 04/09/2018) |
| 04/09/2018 | ⊕27 | Amended Notice of Motion/Presentment . Objections to be filed on April 19, 2018. Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (RE: related document(s)17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) Hearing scheduled for 4/26/2018 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Tinkham, Paige) (Entered: 04/09/2018) |

| | | |
|---|---|---|
| 04/09/2018 | ⬤28 | Affidavit/Certificate of Service Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (RE: related document(s)27 Amended Notice of Motion/Presentment filed by Creditor Capital Funding, LLC) (Attachments: # 1 Exhibit) (Tinkham, Paige) (Entered: 04/09/2018) |
| 04/12/2018 | ⬤29 | Affidavit/Certificate of Service Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)18 Motion for Joint Administration filed by Debtor 22 Maple Street, LLC, 20 Amended Notice of Motion/Presentment filed by Debtor 22 Maple Street, LLC) (Donovan, J) (Entered: 04/12/2018) |
| 04/12/2018 | ⬤ | Status Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtor), Marylou Martin (US Trustee); Hearing Adjourned to 04/26/2018 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY(related document(s): 7 Order Scheduling Initial Case Management Conference) . (ahoward) (Entered: 04/20/2018) |
| 04/12/2018 | ⬤ | Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtor), Marylou Martin (US Trustee); No Opposition; Motion Granted; Order Submitted. (related document(s): 18 Motion for Joint Administration filed by 22 Maple Street, LLC) (ahoward) (Entered: 04/20/2018) |
| 04/13/2018 | ⬤30 | Notice of Appearance and Request for Notice Filed by John T. Morrier, Esq on behalf of KCP Advisory Group, LLC (tmg) (Entered: 04/13/2018) |
| 04/20/2018 | ⬤31 | Objection Filed by J Ted Donovan on behalf of 22 Maple Street, LLC (RE: related document(s)17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) (Attachments: # 1 Exhibits) (Donovan, J) (Entered: 04/20/2018) |
| 04/22/2018 | ⬤32 | Order Authorizing Retention of Goldberg Weprin Finkel Goldstein LLP as General Bankruptcy Counsels for the Debtors as of the commencement of this Chapter 11 case. (RE: related document(s)23 Application to Employ filed by Debtor, 22 Maple Street, LLC). Signed on 4/22/2018 (rjl) . (Entered: 04/23/2018) |
| 04/22/2018 | ⬤33 | Order Granting Motion For Joint Administration on Lead Case: 18-40816-nhl with Member Cases: 18-40817-nhl, 18-40818-nhl, 18-40819-nhl. ORDERED, that the Clerk of the Court is directed to record all matters in the above-captioned cases on the docket sheet for 22 Maple Street, LLC, Case No. 18-40816-NHL. This case will be known as the lead case. The other related dockets will so indicate that future entries will be found on docket 18-40816-NHL; (Related Doc 18) Signed on 4/22/2018. (rjl) (Entered: 04/23/2018) |
| 04/25/2018 | ⬤ | Rescheduled to 04/26/2018 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 7 Order Scheduling Initial Case Management Conference) (ahoward) (Entered: 04/25/2018) |

| | | |
|---|---|---|
| 04/25/2018 | 🌐 34 | Letter of Adjournment: Hearing rescheduled from April 26, 2018 to May 31, 2018 at 3:45 p.m. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (RE: related document(s)7 Order Scheduling Initial Case Management Conference, 17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 | Adjourned Without Hearing (related document(s): 7 Order Scheduling Initial Case Management Conference) Status hearing to be held on 05/31/2018 at 03:45 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 | Adjourned Without Hearing (related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) Hearing scheduled for 05/31/2018 at 03:45 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 35 | Monthly Operating Report for Filing Period February 2018. Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 36 | Monthly Operating Report for Filing Period February 2018. Filed by J Ted Donovan on behalf of 25 Oriol Drive, LLC, (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 37 | Monthly Operating Report for Filing Period February 2018. Filed by J Ted Donovan on behalf of 59 Coolidge Road, LLC (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 38 | Monthly Operating Report for Filing Period February 2018. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 39 | Monthly Operating Report for Filing Period March 2018. Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 40 | Monthly Operating Report for Filing Period March 2018. Filed by J Ted Donovan on behalf of 25 Oriol Drive, LLC, (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 41 | Monthly Operating Report for Filing Period March 2018. Filed by J Ted Donovan on behalf of 59 Coolidge Road, LLC (Donovan, J) (Entered: 04/25/2018) |
| 04/25/2018 | 🌐 42 | Monthly Operating Report for Filing Period March 2018. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: |

| | | 04/25/2018) |
|---|---|---|
| 04/25/2018 | 🌐43 | BNC Certificate of Mailing with Notice of Consolidation and Amend Caption Notice Date 04/25/2018. (Admin.) (Entered: 04/26/2018) |
| 05/23/2018 | 🌐44 | Reply Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (RE: related document(s)17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) (Tinkham, Paige) (Entered: 05/23/2018) |
| 05/23/2018 | 🌐45 | Affidavit/Certificate of Service Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (RE: related document(s)44 Reply filed by Creditor Capital Funding, LLC) (Attachments: # 1 Exhibit) (Tinkham, Paige) (Entered: 05/23/2018) |
| 05/30/2018 | 🌐46 | Monthly Operating Report for Filing Period April 2018 Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: 05/30/2018) |
| 05/30/2018 | 🌐47 | Monthly Operating Report for Filing Period April 2018 Filed by J Ted Donovan on behalf of 59 Coolidge Road, LLC (Donovan, J) (Entered: 05/30/2018) |
| 05/30/2018 | 🌐48 | Monthly Operating Report for Filing Period April 2018 Filed by J Ted Donovan on behalf of 25 Oriol Drive, LLC, (Donovan, J) (Entered: 05/30/2018) |
| 05/30/2018 | 🌐49 | Monthly Operating Report for Filing Period April 2018 Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (Donovan, J) (Entered: 05/30/2018) |
| 05/31/2018 | 🌐 | Status Hearing Held; Appearances: Kevin J Nasha (Counsel to Debtor), Nazar Khodorovsky (US Trustee), John T. Morrier (Telephonically - Counsel to KPC Advisory Group, LLC), Paige Barr Tinkham (Telephonically - Counsel to Capital Funding LLC); Hearing Adjourned to 06/21/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (related document(s): 7 Order Scheduling Initial Case Management Conference) (ahoward) (Entered: 06/04/2018) |
| 05/31/2018 | 🌐 | Hearing Held; Appearances: Kevin J Nasha (Counsel to Debtor), Nazar Khodorovsky (US Trustee), John T. Morrier (Telephonically - Counsel to KPC Advisory Group, LLC), Paige Barr Tinkham (Telephonically - Counsel to Capital Funding LLC); Hearing Adjourned to 06/21/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) (ahoward) (Entered: 06/04/2018) |
| 06/13/2018 | 🌐50 | Motion to Set Last Day to File Proofs of Claim . Objections to be filed |

| | | |
|---|---|---|
| | | on 6/22/2018. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC. Order to be presented for signature on 6/22/2018. (Attachments: # 1 Proposed Order # 2 Proposed Notice # 3 Notice of Presentment) (Donovan, J) (Entered: 06/13/2018) |
| 06/14/2018 | 🌐 51 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC. Hearing scheduled for 7/12/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Attachments: # 1 Notice of Hearing # 2 Declaration of Service) (Donovan, J) (Entered: 06/14/2018) |
| 06/18/2018 | 🌐 52 | Letter of Adjournment: Hearing rescheduled from June 21, 2018 to June 28, 2018 at 4:30 pm. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (RE: related document(s)7 Order Scheduling Initial Case Management Conference, 17 Motion for Relief From Stay filed by Creditor Capital Funding, LLC) (Donovan, J) (Entered: 06/18/2018) |
| 06/18/2018 | 🌐 | Adjourned Without Hearing (related document(s): 7 Order Scheduling Initial Case Management Conference) Status hearing to be held on 06/28/2018 at 04:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 06/18/2018) |
| 06/18/2018 | 🌐 | Adjourned Without Hearing (related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) Hearing scheduled for 06/28/2018 at 04:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 06/18/2018) |
| 06/21/2018 | 🌐 53 | Monthly Operating Report for Filing Period May 2018. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: 06/21/2018) |
| 06/21/2018 | 🌐 54 | Monthly Operating Report for Filing Period May 2018. Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (Donovan, J) (Entered: 06/21/2018) |
| 06/21/2018 | 🌐 55 | Monthly Operating Report for Filing Period May 2018. Filed by J Ted Donovan on behalf of 25 Oriol Drive, LLC, (Donovan, J) (Entered: 06/21/2018) |
| 06/21/2018 | 🌐 56 | Monthly Operating Report for Filing Period May 2018. Filed by J Ted Donovan on behalf of 59 Coolidge Road, LLC (Donovan, J) (Entered: 06/21/2018) |

| | | |
|---|---|---|
| 06/22/2018 | 🔵 57 | Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) . Fee Amount $181., in addition to Motion to Authorize/Direct *approval of bidding procedures and providing certain protections to the Stalking Horse Bidder.* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Asset Purchase Agreement) (Donovan, J) (Entered: 06/22/2018) |
| 06/22/2018 | 🔵 58 | Motion to Limit Notice */Shorten Time for Hearing.* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (RE: related document(s)57 Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) filed by Debtor 22 Maple Street, LLC, et al,, Jointly Administered Debtor 25 Oriol Drive, LLC,, Jointly Administered Debtor 59 Coolidge Road, LLC, Motion to Authorize/Direct). (Attachments: # 1 Proposed Order) (Donovan, J) (Entered: 06/22/2018) |
| 06/22/2018 | | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f)(1-18-40816-nhl) [motion,msfcl] ( 181.00) Filing Fee. Receipt number 16809256. Fee amount 181.00. (re: Doc# 57) (U.S. Treasury) (Entered: 06/22/2018) |
| 06/22/2018 | 🔵 59 | Order to Schedule Hearing (RE: related document(s)57 Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) . Fee Amount $181., in addition to Motion to Authorize/Direct approval of bidding procedures and providing certain protections to the Stalking Horse Bidder). Signed on 6/22/2018 - Hearing scheduled for 6/28/2018 at 04:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (tml) (Entered: 06/22/2018) |
| 06/25/2018 | 🔵 60 | Affidavit/Certificate of Service Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (RE: related document(s)59 Order to Schedule Hearing (Generic)) (Donovan, J) (Entered: 06/25/2018) |
| 06/28/2018 | 🔵 61 | Statement */Revised proposed order approving bidding procedures (See ECF #57).* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (Donovan, J) 57. (Entered: 06/28/2018) |
| 06/28/2018 | 🔵 | Adjourned Without Hearing (related document(s): 51 Motion to Extend/Limit Exclusivity Period filed by 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC) Hearing scheduled for 07/30/2018 at 10:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 06/28/2018) |
| 06/28/2018 | 🔵 | Hearing Held; Appearances: Paige Barr Tinkham (Counsel to Capital Funding LLC), Kevin J. Nash (Counsel to Debtors), Marylou Martin |

| | | |
|---|---|---|
| | | (US Trustee); Hearing Adjourned to 07/30/2018 at 10:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (related document(s): 7 Order Scheduling Initial Case Management Conference) (ahoward) (Entered: 07/06/2018) |
| 06/28/2018 | ● | Hearing Held; Appearances: Paige Barr Tinkham (Counsel to Capital Funding LLC), Kevin J. Nash (Counsel to Debtors), Marylou Martin (US Trustee); Motion Granted; Submit Order. (related document(s): 57 Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) filed by 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC, 59 Order to Schedule Hearing (Generic)) (ahoward) (Entered: 07/06/2018) |
| 06/28/2018 | ● | Hearing Held; Appearances: Paige Barr Tinkham (Counsel to Capital Funding LLC), Kevin J. Nash (Counsel to Debtors), Marylou Martin (US Trustee); Hearing Adjourned to 07/30/2018 at 10:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) (ahoward) (Entered: 07/06/2018) |
| 07/06/2018 | ● 62 | Order Approving Bid Procedures and Providing Certain Protections to Stalking Horse Related to the Proposed Sale of the Debtors' Respective Real Properties and Granting Related Relief. The Bid deadline is August 28, 2018 at 4:00PM; The Auction, if necessary under the Bid Procedures, will be held on September 7, 2018 at 9:00AM; Objections to the Sale shall be in writing, shall state the basis of such objection with specificity and shall be filed with the Court, and served so as to be received on or before September 10, 2018, at 4:00PM; The Sale Hearing, at which the Debtors shall seek approval of the Successful Bid, shall be held in this Court on September 12, 2018 at 2:30PM (Related Doc # 57) (Related Doc # 57) Signed on 7/6/2018. (Attachments: # 1 Exhibit 1) (vab) (Entered: 07/06/2018) |
| 07/06/2018 | ● 63 | Affidavit/Certificate of Service Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (RE: related document(s)62 Order on Motion To Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f), Order on Motion to Authorize/Direct) (Donovan, J) (Entered: 07/06/2018) |
| 07/16/2018 | ● 64 | Supplemental Affidavit/Certificate of Service Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (RE: related document(s)62 Order on Motion To Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f), Order on Motion to Authorize/Direct) (Donovan, J) (Entered: 07/16/2018) |
| 07/25/2018 | ● 65 | Order establishing deadline for filing Proofs of Claim and approving the form and manner of notice thereof (Related Doc 50) Signed on 7/25/2018. Proofs of Claims due by 9/7/2018 @ 5:00 p.m. Government Proof of Claim due by 9/7/2018. ( Exhibit) (rjl) (Entered: 07/26/2018) |

| | | |
|---|---|---|
| 07/30/2018 | ● | Hearing to Approve Sale Scheduled for for 9/12/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (RE: related document(s)62 Order on Motion To Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f)) (agh) (Entered: 07/30/2018) |
| 07/30/2018 | ● | Status Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtors), Paige Barr Tinkham (Telephonically - Counsel to Capital Funding LLC), William Curtin (US Trustee); Hearing Adjourned to 08/23/2018 at 11:00 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY.related document(s): 7 Order Scheduling Initial Case Management Conference) (ahoward) (Entered: 07/31/2018) |
| 07/30/2018 | ● | Hearing Held;Appearances: Kevin J. Nash (Counsel to Debtors), Paige Barr Tinkham (Telephonically - Counsel to Capital Funding LLC), William Curtin (US Trustee); No Opposition; Motion Granted; Submit Order. (related document(s): 51 Motion to Extend/Limit Exclusivity Period filed by 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC) (ahoward) (Entered: 07/31/2018) |
| 07/30/2018 | ● | Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtors), Paige Barr Tinkham (Telephonically - Counsel to Capital Funding LLC), William Curtin (US Trustee); Hearing Adjourned to 08/23/2018 at 11:00 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) (ahoward) (Entered: 07/31/2018) |
| 08/01/2018 | ●66 | Affidavit/Certificate of Service Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (RE: related document(s)65 Order on Motion To Set Last Day to File Proofs of Claim) (Donovan, J) (Entered: 08/01/2018) |
| 08/02/2018 | ●67 | Application to Employ Blueprint Healthcare Real Estate Advisors LLC as Real Estate Broker . Objections to be filed on 8/10/2018 at 5:00 p.m.. Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC. Order to be presented for signature on 8/13/2018. (Attachments: # 1 Declaration of Disinterestedness # 2 Declaration of Disinterestedness (Exhibit A) # 3 Declaration of Disinterestedness (Exhibit B) # 4 Proposed Order # 5 Notice of Presentment) (Donovan, J) (Entered: 08/02/2018) |
| 08/10/2018 | ●68 | Transcript & Notice regarding the hearing held on 03/08/18. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the court's website for contact information for the Transcription Service Agency]. (RE: related document(s) 7 Order Scheduling Initial Case Management Conference). Notice of Intent to Request Redaction Due By 08/17/2018. Redaction |

| | | |
|---|---|---|
| | | Request Due By 08/31/2018. Redacted Transcript Submission Due By 09/10/2018. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 11/8/2018 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Compuscribe, Inc) (Entered: 08/10/2018) |
| 08/14/2018 | 🔵69 | Order Granting Motion for Extension of the Debtors' Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances Thereto Pursuant to 11 U.S.C. §1121(d)(1). Pursuant to 11 U.S.C. § 1121(d)(1): (i) the exclusive period during which only the Debtors may file a plan of reorganization is hereby extended for 90 days from June 14, 2018 to September 12, 2018; and (ii) the concomitant exclusive period during which only the Debtors may solicit acceptances or rejections to such plan of reorganization as may be filed is hereby extended for 90 days from August 13, 2018 to November 13, 2018 (Related Doc # 51) Signed on 8/14/2018. Chapter 11 Plan due by 9/12/2018. (cjm) (Entered: 08/14/2018) |
| 08/15/2018 | 🔵70 | BNC Certificate of Mailing with Notice of Filing of Official Transcript (BK) Notice Date 08/15/2018. (Admin.) (Entered: 08/16/2018) |
| 08/16/2018 | 🔵71 | Affidavit/Certificate of Service Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC,, 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (RE: related document(s)67 Application to Employ filed by Debtor 22 Maple Street, LLC, et al,, Jointly Administered Debtor 25 Oriol Drive, LLC,, Jointly Administered Debtor 59 Coolidge Road, LLC, Jointly Administered Debtor 20 Kinmonth Road, LLC,) (Donovan, J) (Entered: 08/16/2018) |
| 08/22/2018 | 🔵72 | Monthly Operating Report for Filing Period June 2018 Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: 08/22/2018) |
| 08/22/2018 | 🔵73 | Monthly Operating Report for Filing Period June 2018 Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (Donovan, J) (Entered: 08/22/2018) |
| 08/22/2018 | 🔵74 | Monthly Operating Report for Filing Period June 2018 Filed by J Ted Donovan on behalf of 59 Coolidge Road, LLC (Donovan, J) (Entered: 08/22/2018) |
| 08/22/2018 | 🔵75 | Monthly Operating Report for Filing Period July 2018 Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: 08/22/2018) |
| 08/22/2018 | 🔵76 | Monthly Operating Report for Filing Period July 2018 Filed by J Ted Donovan on behalf of 25 Oriol Drive, LLC, (Donovan, J) (Entered: 08/22/2018) |

| | | |
|---|---|---|
| 08/22/2018 | ⏺77 | Monthly Operating Report for Filing Period July 2018 Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (Donovan, J) (Entered: 08/22/2018) |
| 08/22/2018 | ⏺ | Adjourned Without Hearing (related document(s): 7 Order Scheduling Initial Case Management Conference) Status hearing to be held on 09/12/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 08/22/2018) |
| 08/22/2018 | ⏺ | Adjourned Without Hearing (related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) Hearing scheduled for 09/12/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (ahoward) (Entered: 08/22/2018) |
| 08/22/2018 | ⏺78 | Letter of Adjournment: Hearing rescheduled from 8/23/2018 at 11:00 a.m. to 9/12/2018 at 2:30 p.m. Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (Tinkham, Paige) (Entered: 08/22/2018) |
| 08/22/2018 | ⏺79 | Order authorizing Debtor's retention of Blueprint Healthcare Real Estate Advisors as Real Estate Broker (Related Doc # 67) Signed on 8/22/2018. (rjl) (Entered: 08/23/2018) |
| 09/07/2018 | ⏺80 | Statement */Notice of Auction Results.* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC (Attachments: # 1 Exhibit A) (Donovan, J) (Entered: 09/07/2018) |
| 09/09/2018 | ⏺81 | Objection *to Sale Motion* Filed by Mark A. Frankel on behalf of Zisha Lipshutz (RE: related document(s)57 Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) filed by Debtor 22 Maple Street, LLC, et al,, Jointly Administered Debtor 25 Oriol Drive, LLC,, Jointly Administered Debtor 59 Coolidge Road, LLC, Motion to Authorize/Direct, 62 Order on Motion To Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f), Order on Motion to Authorize/Direct, 80 Statement filed by Debtor 22 Maple Street, LLC, et al,, Jointly Administered Debtor 25 Oriol Drive, LLC,, Jointly Administered Debtor 59 Coolidge Road, LLC) (Frankel, Mark) (Entered: 09/09/2018) |
| 09/11/2018 | ⏺82 | Reply Filed by Paige Barr Tinkham on behalf of Capital Funding, LLC (RE: related document(s)81 Objection filed by Creditor Zisha Lipshutz) (Attachments: # 1 Exhibit A # 2 Exhibit B) (Tinkham, Paige) (Entered: 09/11/2018) |
| 09/12/2018 | ⏺ | Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtors), John T. Morrier (Counsel to KPC Advisory Group, LLC), Paige Barr Tinkham (Counsel to Capital Funding, LLC), William Curtin (Telephonically - US Trustee), Mark A. Frankel (Counsel to Zisha Lipshutz), Steven Thomas (Consultant); Based on the entire record, the |

| | | |
|---|---|---|
| | | objection is overruled and the sale is approved to the highest and best offer; Circulate and Submit Order. (related document(s): 58 Motion to Limit Notice filed by 22 Maple Street, LLC, et al,, 25 Oriol Drive, LLC,, 59 Coolidge Road, LLC, 62 Order on Motion To Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f)) (ahoward) (Entered: 09/18/2018) |
| 09/12/2018 | | Status Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtors), John T. Morrier (Counsel to KPC Advisory Group, LLC), Paige Barr Tinkham (Counsel to Capital Funding, LLC), William Curtin (Telephonically - US Trustee), Mark A. Frankel (Counsel to Zisha Lipshutz), Steven Thomas (Consultant); Hearing Adjourned to 12/13/2018 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 7 Order Scheduling Initial Case Management Conference) (ahoward) (Entered: 09/18/2018) |
| 09/12/2018 | | Hearing Held; Appearances: Kevin J. Nash (Counsel to Debtors), John T. Morrier (Counsel to KPC Advisory Group, LLC), Paige Barr Tinkham (Counsel to Capital Funding, LLC), William Curtin (Telephonically - US Trustee), Mark A. Frankel (Counsel to Zisha Lipshutz), Steven Thomas (Consultant); Marked Off. (related document(s): 17 Motion for Relief From Stay filed by Capital Funding, LLC) (ahoward) (Entered: 09/18/2018) |
| 09/21/2018 | 83 | Order (A) approving and authorizing sale of substantially all of the Debtor's assets pursuant to the successful bidder's asset purchase agreement, free and clear of all liens, claims, encumbrances and other interests and (B) granting related relief. (RE: related document(s)57 Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) filed by Debtor 22 Maple Street, LLC, et al,, Jointly Administered Debtor 25 Oriol Drive, LLC,, Jointly Administered Debtor 59 Coolidge Road, LLC, Motion to Authorize/Direct). Signed on 9/21/2018 (rjl) (Entered: 09/24/2018) |
| 09/25/2018 | 84 | Notice of Appearance and Request for Notice Filed by William J. Hanlon on behalf of Blue Cross and Blue Shield of Massachusetts, Inc. (Hanlon, William) (Entered: 09/25/2018) |
| 09/25/2018 | 85 | Affidavit/Certificate of Service Filed by William J. Hanlon on behalf of Blue Cross and Blue Shield of Massachusetts, Inc. (RE: related document(s)84 Notice of Appearance filed by Interested Party Blue Cross and Blue Shield of Massachusetts, Inc.) (Hanlon, William) (Entered: 09/25/2018) |
| 09/25/2018 | 86 | Notice of Appeal to District Court. . Fee Amount $298 Filed by Mark A. Frankel on behalf of Zisha Lipshutz (RE: related document(s)83 Generic Order). Appellant Designation due by 10/9/2018. Transmission of Designation Due by 10/25/2018. (Frankel, Mark) (Entered: 09/25/2018) |

| | | |
|---|---|---|
| 09/25/2018 | | Receipt of Notice of Appeal(1-18-40816-nhl) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 17144543. Fee amount 298.00. (re: Doc# 86) (U.S. Treasury) (Entered: 09/25/2018) |
| 09/26/2018 | ●87 | Notice to Parties of requirements, deadlines (RE: related document(s)86 Notice of Appeal filed by Creditor Zisha Lipshutz) (rjl) (Entered: 09/26/2018) |
| 09/26/2018 | ●88 | Transmittal of Notice of Appeal to District Court (RE: related document(s)86 Notice of Appeal filed by Creditor Zisha Lipshutz) (rjl) (Entered: 09/26/2018) |
| 09/26/2018 | ●89 | Transcript & Notice regarding the hearing held on 09/12/18. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the court's website for contact information for the Transcription Service Agency]. (RE: related document(s) 7 Order Scheduling Initial Case Management Conference, 17 Motion for Relief From Stay, 62 Order on Motion To Sell Property of the Estate Free and Clear of Liens under 11 U.S.C. 363(f), Order on Motion to Authorize/Direct). Notice of Intent to Request Redaction Due By 10/3/2018. Redaction Request Due By 10/17/2018. Redacted Transcript Submission Due By 10/29/2018. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 12/26/2018 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Veritext) (Entered: 09/26/2018) |
| 09/28/2018 | ●90 | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 18-cv-05412-WFK, District Court Judge William F Kuntz assigned. (RE: related document(s)86 Notice of Appeal filed by Creditor Zisha Lipshutz) (rjl) (Entered: 09/28/2018) |
| 09/28/2018 | ●91 | BNC Certificate of Mailing with Notice/Order Notice Date 09/28/2018. (Admin.) (Entered: 09/29/2018) |
| 09/28/2018 | ●92 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 09/28/2018. (Admin.) (Entered: 09/29/2018) |
| 09/30/2018 | ●93 | BNC Certificate of Mailing with Notice of Filing of Official Transcript (BK) Notice Date 09/30/2018. (Admin.) (Entered: 10/01/2018) |
| 10/04/2018 | ●94 | Monthly Operating Report for Filing Period August, 2018 *August, 2018* Filed by J Ted Donovan on behalf of 22 Maple Street, LLC, et al, (Donovan, J) (Entered: 10/04/2018) |
| 10/04/2018 | ●95 | Monthly Operating Report for Filing Period August, 2018 *August, 2018* Filed by J Ted Donovan on behalf of 59 Coolidge Road, LLC (Donovan, J) (Entered: 10/04/2018) |

| | | |
|---|---|---|
| 10/04/2018 | 🌐 96 | Monthly Operating Report for Filing Period August, 2018 *August, 2018* Filed by J Ted Donovan on behalf of 20 Kinmonth Road, LLC, (Donovan, J) (Entered: 10/04/2018) |
| 10/04/2018 | 🌐 97 | Monthly Operating Report for Filing Period August, 2018 *August, 2018* Filed by J Ted Donovan on behalf of 25 Oriol Drive, LLC, (Donovan, J) (Entered: 10/04/2018) |
| 10/09/2018 | 🌐 98 | Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Mark A. Frankel on behalf of Zisha Lipshutz (RE: related document(s)86 Notice of Appeal filed by Creditor Zisha Lipshutz). Appellee designation due by 10/23/2018. (Frankel, Mark) (Entered: 10/09/2018) |
| 10/29/2018 | 🌐 99 | Transmittal of Additional Record on Appeal to District Court in reference to Civil Case Number: 18-cv-05412-WFK (RE: related document(s)86 Notice of Appeal filed by Mark A Frankel on behalf of Creditor, Zisha Lipshutz, 98 Appellant Designation & Statement of Issues filed by Creditor Zisha Lipshutz) (Attachments: # 1 Pages 197-300 # 2 Pages 301-588 # 3 Additional Documents Part 2 # 4 Addl documents Part 2 # 5 Addl documents Part 3) (rjl) (Entered: 10/29/2018) |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **90 West Street LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2936006** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1600 63rd St**<br>**Brooklyn, NY 11204-2713**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**90 West St Wilmington, MA 01887-3039**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

12

| Debtor | **90 West Street LLC** | | Case number (*if known*) | |
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____531311_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Keen Equities** | | Relationship | **Affiliate** |
| District | **Eastern New York** | When _____ | Case number, if known | **13-46782-NHL** |

13

| Debtor | **90 West Street LLC** | Case number (*if known*) | |
| | Name | | |

**11. Why is the case filed in this district?**
Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**         .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

14

| Debtor | **90 West Street LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 30, 2018**
                       MM / DD / YYYY

**X /s/ Y.C. Rubin**                                    **Y.C. Rubin**
Signature of authorized representative of debtor          Printed name

Title   **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X /s/ Kevin J. Nash**                        Date **January 30, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 221-5700**       Email address   **knash@gwfglaw.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **90 West Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2018**        X **/s/ Y.C. Rubin** _____
                                                      Signature of individual signing on behalf of debtor

                                     **Y.C. Rubin** _____
                                     Printed name

                                     **Chief Restructuring Officer** _____
                                     Position or relationship to debtor

16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                    Chapter 11

90 West Street LLC,                                       Case No.

                              Debtor.
---------------------------------------------------------x

## DECLARATION OF Y.C. RUBIN PURSUANT
## TO LOCAL BANKRUPTCY RULE 1007-4

Y.C. Rubin declares the following under penalties of perjury pursuant to 28 U.S.C. §1967:

1.      I am the Chief Restructuring Officer of 90 West Street LLC (the "Debtor"), together with its affiliate, Woodbriar Health Center LLC ("WHC"). I have been appointed by the members of the Debtor to lead its efforts to restructure and reorganize the financial and legal affairs of both entities through Chapter 11, although the petition relating to WHC is still being prepared. Once both cases are filed, the Debtors shall seek joint administration of the cases.

2.      The Debtor owns the real property occupied by WHC, which operates a nursing home facility at the location (collectively, the "Facility").

3.      This Chapter 11 filing is being made on an emergency basis in an effort to avoid a potential distressed sale of the Facility in light of a pending state court receivership and motion to cause a sale thereof filed by the Debtor's secured creditor, Oxford Finance LLC ("Oxford").

4.      I have served in a similar chief restructuring capacity in connection with a pending confirmed Chapter 11 proceeding before this Court (Keen Equities LLC, Case No. 13-46782). Certain principals in the Keen Chapter 11 case are also principals and investors in the Debtor's Chapter 11 case. Thus, this case is being filed as a related matter to the Keen Equities case based on affiliated ownership and the overlap in the current management. Moreover, all

17

major management and executive decisions relating to the Debtor are now being made in the Eastern District of New York, which constitutes the nerve center for the Debtor, although the Facility is located in the Boston area.

5.      Additionally, the operative Term Loan and Security Agreement and related documents with Oxford provide that New York law governs, and the parties previously consented to the jurisdiction of the New York state or federal courts to hear disputes. Accordingly, the Debtor submits that venue of this Chapter 11 case is properly in the Eastern District of New York.

6.      In my capacity as Chief Restructuring Officer, I respectfully submit this Declaration in support of the Debtor's Chapter 11 filing in accordance with the Local Rules of this Court.

7.      The purpose of this Declaration is to provide pertinent information regarding the circumstances prompting the Chapter 11 filings the Debtor's business, assets, and capital structure, and the Debtor's strategies for reorganization.

### Salient Events Leading up to the Chapter 11 Filings

8.      The Debtor, together with its affiliate, WHC, was organized in or about March 2015 to acquire the Facility for approximately $22 million.  The acquisition included both the real property at 90 West Street (the "Property") on which the Facility is located and the nursing home itself.

9.      The Facility is part of the Synergy Health Care organization, which was primarily managed by Zisha Lipschutz.  As part of the reorganization, Mr. Lipschutz will be stepping down once operating licenses are issued to a new managing member.  The process to change the managing member will begin shortly after the Chapter 11 filing by the Debtor and WHC.

10.     Although we do not believe it is necessarily a fair assessment, Mr. Lipschutz's continuing involvement has proved to be a lightning rod for many parties in interest, and he has agreed to voluntarily be replaced once the re-licensing process is completed.

11.     The Facility has a 142 bed capacity, and is well appointed.  The Facility employs approximately 137 people with a weekly payroll of approximately $210,000 - $230,000.

12.     Following the Debtor's closing of the acquisition of the Facility in March 2015, and for the remainder of 2015, WHC operated the Facility at a profit and the census numbers were consistently high, averaging 130 patients at any given time.

13.     Unfortunately, the fate of WHC changed dramatically on Christmas Eve, 2015, when a patient, Mary Ellen Meuse, broke her leg while being transferred out of her bed via a Hoyer Lift.  Ms. Meuse subsequently died in the hospital a few days later from renal failure caused by internal bleeding following the fall.

14.     The episode was truly unfortunate, but is not indicative of WHC's dedication to patient care.  Nevertheless, it garnered a great deal of negative publicity.  In turn, WHC's patient census declined from an average 130 patients to levels of less than 100 patients.  As a result, the Facility suffered declining revenues and operating losses of approximately $2 million in 2017, based on WHC's reduced total revenues of approximately $10 million.  In 2015, WHC's total revenues were approximately $15.0 million.

15.     Notwithstanding the adverse events, the Debtor and WHC have always remained current with debt service payments to Oxford since the acquisition in March of 2015.  Under the loan agreement, Oxford controls all of the Facility's cash receipts and collections through a Deposit Account Control Agreement ("DACA").

16.     The first waterfall under the DACA is payment of interest, amortization and reserves, aggregating approximately $160,000 per month.  Oxford financed approximately $19 million in connection with the acquisition of the Facility, and also provides WHC with a separate credit facility of up to $2 million on a revolving basis.

17.     Oxford holds a first mortgage lien and security interest against the Property, as well as all of the WHC's operating assets and receivables, which consist primarily of Medicare-Medicaid reimbursement.  The total current principal balance owed to Oxford has been paid down to approximately $16.0 million.

18.     In 2016, the Debtor and WHC entered into a forbearance agreement with Oxford which has since ended.  Thereafter, the Debtor and WHC became subject to various financial covenant defaults, including WHC's accrual of certain arrears with respect to taxes and user fees of approximately $700,000.

19.     Based upon these defaults, Oxford commenced a foreclosure proceeding last fall against the Debtor and WHC, as co-borrowers.  The firm of KCP Advisory Group was appointed on November 22, 2017 to act as a receiver (the "Receiver") with respect to the assets of the Facility.  Notwithstanding the appointment of the Receiver, WHC's clinical management team, now headed by Damian Dell'Anno of Next Step Healthcare, has remained in place.  Mr. Dell'Anno is a highly regard clinical manager and helped improve care at the Facility and ameliorate the prior negative publicity.  Indeed, over the last year, there has been a marked improvement in WHC's census rates, as well as patient care.

20.     While the Debtor was hoping to restructure its debt obligations without formal proceedings, Oxford has moved to amend the order appointing the receiver to direct a sale of the Facility.  The prospect of a distressed sale makes the filing of a Chapter 11 an imperative, and

4

the goal is to obtain the benefit of a cooling-off period triggered by the automatic stay so as to enable the Debtor to pursue a mutually acceptable loan restructuring with Oxford without the pressure of a pending sale of the Facility.

**Local Rule 1007 Disclosures**

21.     Pursuant to Local Rule 1007-4(a)(iii-iv), no committees were formed prior to the filing of the Petition.

22.     Pursuant to Local Rule 1007-4(a)(v), a list of the names and addresses of the creditors holding the 20 largest unsecured claims against the Debtor is attached to the Petition.

23.     Pursuant to Local Rule 1007-4(a)(v), Oxford is the Debtor's primary secured creditor.

24.     Pursuant to Local Rule 1007-4(a)(vii), a summary of the assets and liabilities of the Debtor is set forth in the Schedules.

25.     Pursuant to Local Rule 1007-4(a)(vii), a list of equity holders is attached to the Petition.

26.     Pursuant to Local Rule 1007-4(a)(ix), the Debtor's Property is currently in the possession of the Receiver.

27.     Pursuant to Local Rule 1007-4(a)(x), the Debtor's ownership of the Property is reflected in the Bankruptcy Schedules filed herewith.

28.     Pursuant to Local Rule 1007-4(a)(xi), the Debtor's Property is located in Wilmington, MA.

29.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's members receive no compensation, and have helped finance operating shortfalls for the Facility.  A total management

5

fee of 5.75% for WHC is split between Mr. Dell'Anno's company, Next Step Healthcare and Mr. Lipschutz's back-office company, Synergy Health Care (on a 60-40 basis).

30.     Pursuant to Local Rule 1007-4(a)(xix-xvi), a 30-day budget will be prepared shortly after the filing in connection with the anticipated cash collateral negotiations relating to WHC.

Dated: Brooklyn, NY
         January 30, 2018

By:    /s/ Y C Rubin
       Name:  Y.C. Rubin
       Title: Chief Restructuring Officer

`

6

## MEMBER CONSENT AND RESOLUTION OF 90 WEST STREET LLC AND WOODBRIAR HEALTH CENTER LLC

WHEREAS, the members of **90 West Street LLC** and its affiliate **Woodbriar Health Center LLC** (collectively the "*Company*") have agreed to restructure and amend the Operating Agreement in light of the pending receivership proceedings and the need for a Chapter 11 filing on behalf of the Company.

WHEREAS, it is intended that, Avi Lipschutz, shall resign and relinquish his position as the Managing Member of the Company contemporaneously with receipt of a new operating license for the Woodbriar Nursing Home (the "Facility") from applicable state agencies, approving a new managing member to be selected by Massachusetts Woodbriar Center I LLC and the Brach family (the "Brach Group"); and

WHEREAS, in view of the pending receivership including a motion to compel the sale of the Company's assets, the Members have determined that it would be in the best interest of the Company to retain Y C Rubin as Chief Restructuring Officer for the purpose of commencing a voluntary case for relief under title 11 of the United States Code on behalf of the Company;

WHEREAS, Y C Rubin shall use his best efforts to retain the Facility's current Clinical Director and management team in place;

WHEREAS, pending receipt of a new operating license, Avi Lipschutz shall continue to function as the Managing Member of the Company with the same rights duties and responsibilities, with the exception that Y C Rubin shall be responsible to negotiate with creditors and with other parties in interest in connection with the Chapter 11 case.

WHEREAS, Avi Lipschutz shall also resign and relinquish his position as the Managing Member of all of the other facilities owned by the Company's affiliates upon receipt of a new operating license by those affiliates as well.

NOW, THEREFORE, the undersigned, being the Members of the Company, do hereby certify that we waive any meeting and adopt the following resolutions:

RESOLVED, that the Brach Group ownership is authorized to seek a replacement Managing Member to replace Avi Lipschutz as the Managing Member of the Company (the *"New Manager");* and it is further

RESOLVED, that until the new Manager is appointed Avi Lipschutz shall continue to serve as the Managing Member of the Company consistent with the recitals set forth above.

RESOLVED, that upon approval of the New Manager and appropriate governmental licensing entities, the Company accepts the resignation of Avi Lipschutz as the Managing Member of the Company; and is further authorized to

RESOLVED, that the Company retain Y C Rubin effective immediately as Chief Restructuring Officer to lead the restructure of the Company's business and legal affairs; and it is further

RESOLVED, that the Company is authorized to file for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*") with the United States Bankruptcy Court (the ("*Bankruptcy Court*") for the Eastern District of York (the "*District*") or such other district which may have appropriate venue; and it is further

RESOLVED, that Y C Rubin is hereby authorized, directed and empowered to execute and deliver, on behalf of the Company, the bankruptcy petition and all documents and other instruments that may be required in connection with the bankruptcy proceeding (the "*Bankruptcy Proceeding*"), and to do all such other things, on behalf of the Corporation, as may be required in connection with the Bankruptcy Proceeding; and it is further

RESOLVED, that the Corporation is authorized to retain Kevin J. Nash and the firm of Goldberg Weprin Finkel Goldstein LLC as its bankruptcy counsel for the Bankruptcy Proceeding.

Dated: January 30, 2018
Brooklyn, New York

Massachusetts Woodbriar Center I LLC

By: _____
Name:
Title:

RESIGNED
Avi Lipschutz

Larry Lipschutz

24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Chapter 11

90 West Street LLC,                                        Case No.

                              Debtor.
-----------------------------------------------------------x

## **LIST OF EQUITY HOLDERS**

      Woodbriar Center I LLC

      Avi "Zisha" Lipshutz

      Larry Lipschutz

Dated: Brooklyn, New York
       January 30, 2018

                90 West Street LLC

                By:    /s/ Y C Rubin
                      Name: Y C Rubin
                      Title:  Chief Restructuring Officer

25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                    Chapter 11

90 West Street LLC,                                       Case No.

                              Debtor.
--------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, 90 West Street LLC

certifies that it is a private non-governmental party, and has no corporate parent, affiliates

and/or subsidiaries which are publicly held.

Dated: Brooklyn, New York
       January 30, 2018

                              90 West Street LLC


                    By:    /s/ Y C Rubin
                           Name: Y C Rubin
                           Title:  Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11

90 West Street LLC,                                                       Case No.

                                    Debtor.
-------------------------------------------------------------x

## LIST OF PENDING LAWSUITS


Oxford Finance LLC v. 90 West Street LLC et al
Middlesex Superior Court  Woburn, MA
Foreclosure Action
Docket No. 1781 cv 03295

Attorney for Plaintiff:          Keri Linnea Wintle, Esq.
                                 Duane Morris LLP
                                 100 High Street, Suite 2400
                                 Boston, MA 02110

Receiver:                        KCP Advisory Group
                                 2400 District Avenue, Suite 215
                                 Burlington MA 01803

Dated: Brooklyn, New York
       January 30, 2018

                                 90 West Street LLC


                        By:      /s/ Y C Rubin
                                 Name: Y C Rubin
                                 Title:   Chief Restructuring Officer

27

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **90 West Street LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | Unliquidated Disputed | | | $0.00 |
| KCP Advisory Group 2400 District Ave Ste 215 Burlington, MA 01803-5242 | | | Unliquidated | | | $0.00 |
| Larry Lipschutz 4775 Collins Ave Apt 901 Miami Beach, FL 33140-5202 | | | | | | $0.00 |
| Massachusetts Department of Revenue PO Box 9564 Boston, MA 02114-9564 | | | Unliquidated Disputed | | | $0.00 |
| Oxford Finance LLC Attn: Portfolio Manager 133 N Fairfax St Alexandria, VA 22314-3229 | | First Mortgage | Contingent Unliquidated Disputed | $16,000,000.00 | $0.00 | $16,000,000.00 |
| Treasurer/Tax Collector 121 Glen Rd Wilmington, MA 01887-3500 | | | Unliquidated Disputed | | | $0.00 |
| Ziggy Brach 1600 63rd St Brooklyn, NY 11204-2713 | | | | | | $0.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

**Fill in this information to identify the case:**

Debtor name __90 West Street LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

     **Operating Account - Checking#:**
3.1.    **xxx-0540**                                         $0.00

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**                 $0.00

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**      Certain intercompany obligations relating to the mortgage debt
                                 and Woodbriar Health Center to be calculated

     11b. Over 90 days old: _____  -  _____  =  _____
                      face amount             doubtful or uncollectible accounts

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor __90 West Street LLC_____  Case number *(If known)* _____

     Name

| 12. | **Total of Part 3.** | | $0.00 |
|---|---|---|---|

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Land and building for nursing home facility** | Real estate and fixtures, if any, to be appraised and calculated | | | To be determined |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

---

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 2

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor | **90 West Street LLC** | Case number *(if known)* | |
| | Name | | |

Copy the total to line 88.

57.  Is a depreciation schedule available for any of the property listed in Part 9?

■ No
☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

**Fill in this information to identify the case:**

Debtor name    **90 West Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** **Oxford Finance LLC** | Describe debtor's property that is subject to a lien | $16,000,000.00 | $0.00 |
|---|---|---|---|

Creditor's Name

**Attn: Portfolio Manager**
**133 N Fairfax St**
**Alexandria, VA 22314-3229**

Describe debtor's property that is subject to a lien
**Land and building for nursing home facility**

Creditor's mailing address

Describe the lien
First mortgage

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2015**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$16,000,000.00

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Duane Morris LLP**<br>**Attn: Keri Linnea Wintle, Esq.**<br>**100 High St Ste 2400**<br>**Boston, MA 02110-1767** | Line   **2.1** | |
| **Oxford Finance LLC**<br>**Attn: John Toufanian, Esq**<br>**133 N Fairfax St**<br>**Alexandria, VA 22314-3229** | Line   **2.1** | |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   __90 West Street LLC_____     Case number (if know)   _____
           Name

**Fill in this information to identify the case:**

Debtor name __**90 West Street LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**

PO Box 7346
Philadelphia, PA 19101-7346

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Massachusetts Department of Revenue**

PO Box 9564
Boston, MA 02114-9564

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com       12345

| Debtor | **90 West Street LLC** | | Case number (*if known*) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **Treasurer/Tax Collector** | *Check all that apply.* | | | |
| | | ☐ Contingent | | | |
| | **121 Glen Rd** | ☐ Unliquidated | | | |
| | **Wilmington, MA 01887-3500** | ■ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **For notice purposes only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | To be determined |
|---|---|---|---|
| | **KCP Advisory Group** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | **2400 District Ave Ste 215** | ☐ Disputed | |
| | **Burlington, MA 01803-5242** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Receiver** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount to be computed following all reconciliations |
|---|---|---|---|
| | **Larry Lipschutz** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **4775 Collins Ave Apt 901** | ☐ Disputed | |
| | **Miami Beach, FL 33140-5202** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount to be computed following all reconciliations |
|---|---|---|---|
| | **Ziggy Brach** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1600 63rd St** | ☐ Disputed | |
| | **Brooklyn, NY 11204-2713** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 2 of 3

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor  __90 West Street LLC_____   Case number (if known)  _____
        Name

**Fill in this information to identify the case:**

Debtor name    **90 West Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official
   Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is landlord of real property lease with affiliate.** | |
|------|------|------|------|
| | State the term remaining | | **Woodbriar Health Center**<br>**90 West St**<br>**Wilmington, MA 01887-3039** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

37

| Fill in this information to identify the case: |
|---|

Debtor name    **90 West Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Avi Lipschutz** | **17 Van Winkle Rd Monsey, NY 10952-1334** | **Oxford Finance LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Larry Lipschutz** | **4775 Collins Ave Apt 901 Miami Beach, FL 33140-5202** | **Oxford Finance LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Woodbriar Health Center** | **90 West St Wilmington, MA 01887-3039** | **Oxford Finance LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **90 West Street LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................   $  to be determined

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................   $  to be determined

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................   $  to be determined

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A *Amount of claim,* from line 3 of *Schedule D*...................................   $     16,000,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................   $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................   +$     0.00

4.  **Total liabilities** .......................................................................
    Lines 2 + 3a + 3b                                                                          $     16,000,000.00

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                            Case No. _____

90 West Street LLC _____     Chapter **11** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date: **January 30, 2018**                    */s/ Y.C. Rubin* _____
                                              Debtor


                                              _____
                                              Joint Debtor


                                              _____
                                              Attorney for Debtor

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY  10952-1334


Duane Morris LLP
Attn: Keri Linnea Wintle, Esq.
100 High St Ste 2400
Boston, MA  02110-1767


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


KCP Advisory Group
2400 District Ave Ste 215
Burlington, MA  01803-5242


Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL  33140-5202


Massachusetts Department of Revenue
PO Box 9564
Boston, MA  02114-9564


Oxford Finance LLC
Attn: Portfolio Manager
133 N Fairfax St
Alexandria, VA  22314-3229

```
Oxford Finance LLC
Attn: John Toufanian, Esq
133 N Fairfax St
Alexandria, VA  22314-3229


Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA  01887-3500


Woodbriar Health Center
90 West St
Wilmington, MA  01887-3039


Ziggy Brach
1600 63rd St
Brooklyn, NY  11204-2713
```

United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 18-40515-nhl
90 West Street LLC                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: dcapers          Page 1 of 1          Date Rcvd: Feb 02, 2018
                              Form ID: 245           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db               90 West Street LLC,    1600 63rd St,    Brooklyn, NY 11204-2713
smg              NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
smg             +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
                 Washington, DC 20220-0001
9187433          Avi Lipschutz,    17 Van Winkle Rd,    Monsey, NY 10952-1334
9187434         +Duane Morris LLP,    Attn: Keri Linnea Wintle, Esq.,     100 High St Ste 2400,
                 Boston, MA 02110-1724
9187436          KCP Advisory Group,    2400 District Ave Ste 215,     Burlington, MA 01803-5242
9187437          Larry Lipschutz,    4775 Collins Ave Apt 901,    Miami Beach, FL 33140-5202
9187438          Massachusetts Department of Revenue,     PO Box 9564,    Boston, MA 02114-9564
9187440          Oxford Finance LLC,    Attn: John Toufanian, Esq,     133 N Fairfax St,
                 Alexandria, VA 22314-3229
9187439          Oxford Finance LLC,    Attn: Portfolio Manager,     133 N Fairfax St,    Alexandria, VA 22314-3229
9187441          Treasurer/Tax Collector,    121 Glen Rd,    Wilmington, MA 01887-3500
9187442          Woodbriar Health Center,    90 West St,    Wilmington, MA 01887-3039
9187443          Ziggy Brach,    1600 63rd St,    Brooklyn, NY 11204-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 02 2018 18:33:27
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 02 2018 18:33:05
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9187435          E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 18:33:00     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                      TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                              Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Kevin J Nash    on behalf of Debtor    90 West Street LLC KNash@gwfglaw.com,    jstrauss@gwfglaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                           TOTAL: 2

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor | |
| **90 West Street LLC** | EIN  **47–2936006** |
| Name | |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **11**  **1/30/18** |
| Case number:  **1–18–40515–nhl** | |

## NOTICE OF ELECTRONIC FILING PROCEDURE
## INFORMATION REGARDING MEETING OF CREDITORS

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with E.D.N.Y. LBR 9011–1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial–up or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD–ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Microsoft Word include a built–in conversion utility. Use a separate flash drive or CD–ROM/DVD for each filing. Submit the CD–ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the flash drive or CD–ROM/DVD.

**Important Note: If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to the second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: February 2, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

## NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

## What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

## What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the ecurity numberebtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 02/01/17]

45

United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 18-40515-nhl
90 West Street LLC                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: dcapers          Page 1 of 1          Date Rcvd: Feb 02, 2018
                             Form ID: 309F          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db                90 West  Street LLC,   1600 63rd St,   Brooklyn, NY 11204-2713
smg               NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
                  Brooklyn, NY 11201-3719
smg               +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                  Albany, NY 12240-0001
smg               +United States of America,   Secretary of the Treasury,   15th Street & Pennsylvania Ave. NW,
                  Washington, DC 20220-0001
9187433           Avi Lipschutz,   17 Van Winkle Rd,   Monsey, NY 10952-1334
9187434           +Duane Morris LLP,   Attn: Keri Linnea Wintle, Esq.,   100 High St Ste 2400,
                  Boston, MA 02110-1724
9187436           KCP Advisory Group,   2400 District Ave Ste 215,   Burlington, MA 01803-5242
9187437           Larry Lipschutz,   4775 Collins Ave Apt 901,   Miami Beach, FL 33140-5202
9187438           Massachusetts Department of Revenue,   PO Box 9564,   Boston, MA 02114-9564
9187440           Oxford Finance LLC,   Attn: John Toufanian, Esq,   133 N Fairfax St,
                  Alexandria, VA 22314-3229
9187439           Oxford Finance LLC,   Attn: Portfolio Manager,   133 N Fairfax St,   Alexandria, VA 22314-3229
9187441           Treasurer/Tax Collector,   121 Glen Rd,   Wilmington, MA 01887-3500
9187442           Woodbriar Health Center,   90 West St,   Wilmington, MA 01887-3039
9187443           Ziggy Brach,   1600 63rd St,   Brooklyn, NY 11204-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty               E-mail/Text: KNash@gwfglaw.com Feb 02 2018 18:32:52   Kevin J Nash,
                  Goldberg Weprin Finkel Goldstein LLP,   1501 Broadway,   22nd Floor,   New York, NY 10036
smg               +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 02 2018 18:33:50
                  NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                  Albany, NY 12205-0300
smg               +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 02 2018 18:33:05
                  Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9187435           EDI: IRS.COM Feb 02 2018 18:28:00   Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA 19101-7346
                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Kevin J Nash    on behalf of Debtor   90 West  Street LLC KNash@gwfglaw.com,   jstrauss@gwfglaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                      TOTAL: 2

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **90 West Street LLC** | EIN   **47–2936006** |
| | Name | |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter  **11**   **1/30/18** |
| Case number:   **1–18–40515–nhl** | | |

## Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case                                            Revised: 12/17

For the debtor(s) listed above, a case has been filed under Chapter 11 of the Bankruptcy Code.  An order for relief has been entered.

This notice has important information about the case for creditors and debtors(s), including information about the meeting of creditors and deadlines. Read both pages carefully.

| 1. | **Debtor's Full Name** | 90 West Street LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1600 63rd St<br>Brooklyn, NY 11204–2713 | |
| 4. | **Debtor's Attorney**<br>Name and address | Kevin J Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036 | Contact Phone  (212) 301–6944<br><br>Email:  KNash@gwfglaw.com |
| 5. | **Meeting of Creditors**<br><br>**March 5, 2018 at 10:00 AM** | | Location:<br><br>**271–C Cadman Plaza East, Room 2579 – 2nd Floor, Brooklyn, NY 11201–1800** |
| 6. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to File a Proof of Claim:**<br>Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:<br>Notice of deadline will be sent at a later time.<br><br>**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**<br><br>If § 523(c) applies to your claim and you seek to have it excepted from discharge, your must start a judicial proceeding by filing a complaint by the deadline stated above. | |
| 7. | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed in #5 of this notice. *The debtor's representative must be present at the meeting to be questioned under oath.* Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | |
| 8. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office:<br>271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800<br><br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. | Hours Open:<br>Monday – Friday 9:00 AM – 4:30 PM<br><br>Contact Phone (347) 394–1700<br><br>Date: 2/2/18 |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**          page 1

47

Debtor   **90 West Street LLC**                                            Case number **1–18–40515–nhl**

| | | |
|---|---|---|
| **9.** | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **10.** | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| **11.** | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| **12.** | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline specified in this notice. (See line 6 for more information.) |
| **13.** | **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form "Official Form 410" can be obtained at the United States Courts Web site:(http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>***Do not include this notice with any filing you make with the court.*** |
| **14.** | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website ebn.uscourts.gov, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email**. |
| **15.** | **Creditors with a Foreign Address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **16.** | **Copies of The Petition Must Be Served on The Following Parties** | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101–7346.<br><br>Securities and Exchange Commission, Northeast Regional Office, Woolworth Building, 233 Broadway, New York, New York 10279. |

Official Form 309F (For Corporations or Partnerships)        **Notice of Chapter 11 Bankruptcy Case**                page 2

48

United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 18-40515-nhl
90 West  Street LLC                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1            User: ahoward          Page 1 of 1            Date Rcvd: Feb 08, 2018
                               Form ID: pdfall         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db              90 West  Street LLC,    1600 63rd St,    Brooklyn, NY  11204-2713
cr             +Oxford Finance LLC,    133 North Fairfax Street,    Alexandria, VA 22314-3229
9187433         Avi Lipschutz,    17 Van Winkle Rd,    Monsey, NY 10952-1334
9187434        +Duane Morris LLP,    Attn: Keri Linnea Wintle, Esq.,    100 High St Ste 2400,
                Boston, MA 02110-1724
9187436         KCP Advisory Group,    2400 District Ave Ste 215,    Burlington, MA 01803-5242
9187437         Larry Lipschutz,    4775 Collins Ave Apt 901,    Miami Beach, FL 33140-5202
9187438         Massachusetts Department of Revenue,    PO Box 9564,    Boston, MA 02114-9564
9187440         Oxford Finance LLC,    Attn: John Toufanian, Esq,    133 N Fairfax St,
                Alexandria, VA 22314-3229
9190305        +Oxford Finance LLC,    c/o John Robert Weiss,    Duane Morris LLP,    190 South LaSalle Street,
                Suite 3700,    Chicago, IL 60603-3433
9187439         Oxford Finance LLC,    Attn: Portfolio Manager,    133 N Fairfax St,    Alexandria, VA 22314-3229
9190255        +Patricia H. Heer,    DUANE MORRIS LLP,    1540 Broadway,    New York, NY 10036-4086,
                E-Mail: phheer@duanemorris.com,    Tel. 10036-4086
9187441         Treasurer/Tax Collector,    121 Glen Rd,    Wilmington, MA 01887-3500
9187442         Woodbriar Health Center,    90 West St,    Wilmington, MA 01887-3039
9187443         Ziggy Brach,    1600 63rd St,    Brooklyn, NY 11204-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9187435         E-mail/Text: cio.bncmail@irs.gov Feb 08 2018 18:27:05     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9190254         Oxford Finance LLC represented by
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                              Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              John Robert Weiss    on behalf of Creditor    Oxford Finance LLC jrweiss@duanemorris.com
              Kevin J Nash    on behalf of Debtor    90 West  Street LLC KNash@gwfglaw.com,   jstrauss@gwfglaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Patricia H Piskorski Heer    on behalf of Creditor    Oxford Finance LLC phheer@duanemorris.com,
                NYDocket@duanemorris.com
                                                                                     TOTAL: 4

49

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:   90 West Street LLC                              Chapter 11

                                                         Case No. 18-40515-NHL

                       Debtor.
---------------------------------------------------------x

### ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

90 West Street LLC  (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on January 30, 2018,  and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held by the undersigned Bankruptcy Judge in Courtroom 3577,  271-C Cadman Plaza East, Brooklyn, New York 11201 on **March 8, 2018 at 11:00 a.m.**  , and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Chapter 11 filing;
2. the Debtor's financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);

13.  if this is an individual Chapter 11 case, whether the Debtor anticipates satisfying the Bankruptcy Code requirements that apply to such cases;

14.  the scheduling of additional Case Management Conferences; and

15.  any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

**Dated: February 7, 2018**
**Brooklyn, New York**

_Nancy Hershey Lord_
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

51

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                    Chapter 11

90 West Street LLC,                                       Case No. 18-40515-NHL

                            Debtor.
--------------------------------------------------------x

## DECLARATION OF SERVICE

I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. §

1746:

On May 4, 2018, I caused to be served the Order Shortening time for the Hearing

on Debtor's Motion to Approve Bidding Procedures, together with the Motion on creditors and

parties in interest by Priority Overnight Federal Express delivery on those persons set forth in

Schedule "A", and by Overnight Mail on those person set forth in Schedule "B", all marked for

delivery on May 7, 2018 before 10:30 a.m.

I also served those parties set forth in Schedule "C" via E-Mail.

Dated: New York, NY
        May 7, 2018

                                                          /s/ J. Ted Donovan

**Schedule "A"**

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Duane Morris LLP
Attn: Keri Linnea Wintle, Esq.
100 High St Ste 2400
Boston, MA 02110-1767

KCP Advisory Group
2400 District Ave Ste 215
Burlington, MA 01803-5242

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Oxford Finance LLC
Attn: Portfolio Manager
133 N Fairfax St
Alexandria, VA 22314-3229

Oxford Finance LLC
Attn: John Toufanian, Esq
133 N Fairfax St
Alexandria, VA 22314-3229

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

**Schedule "B"**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

**Schedule "C"**

ziggyb@soundaroundusa.com

JRWeiss@duanemorris.com

morrier@casneredwards.com

PHHeer@duanemorris.com

sam@lanzar.com

YCR@windsorglobal.com

klwintle@duanemorris.com

zisha@synergyhs.com

larrl18@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                    Chapter 11

90 West Street LLC,                                       Case No. 18-40515-NHL

                                   Debtor.
--------------------------------------------------------x

## DECLARATION OF SERVICE

I, Ina Petersen, declare under the penalties of perjury pursuant to 28 U.S.C. §

1746:

On May 30, 2018, I caused to be served the Notice of Hearing on Debtor's

Motion for an Order Extending the Debtor's Exclusive Periods to File a Plan of Reorganization

and to Solicit Acceptances Thereto Pursuant to 11 U.S.C.§1121(d)(1), together with the Motion

on creditors and parties in interest set forth in **Schedule "A"**, by regular mail by causing a true

copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities

to be deposited in an official depository under the exclusive care and custody of the United

States Postal Service within the State of New York.

Dated: New York, NY
       May 30, 2018

                                   /s/ Ina Petersen

**Schedule "A"**

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Duane Morris LLP
Attn: Keri Linnea Wintle, Esq.
100 High St Ste 2400
Boston, MA 02110-1767

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KCP Advisory Group
2400 District Ave Ste 215
Burlington, MA 01803-5242

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

Oxford Finance LLC
Attn: Portfolio Manager
133 N Fairfax St
Alexandria, VA 22314-3229

Oxford Finance LLC
Attn: John Toufanian, Esq
133 N Fairfax St
Alexandria, VA 22314-3229

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

NY City Department of Finance
345 Adams Street
Brooklyn, NY 11201

Illinois National Insurance Company
80 Pine Street, 13th Floor
New York, NY 10005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                          Chapter 11

90 West Street LLC,                             Case No. 18-40515-NHL

                         Debtor.
--------------------------------------------------------x

## DECLARATION OF SERVICE

       I, Ina Petersen**,** declare under the penalties of perjury pursuant to 28 U.S.C. §

1746:

       On June 7, 2018, I caused to be served the Notice of Deadline Requiring Filing of

Proofs of Claim on or before July 30, 2018, together with the Proof of Claim on creditors and

parties in interest set forth in **Schedule "A"**, by regular mail by causing a true copy of same,

enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be

deposited in an official depository under the exclusive care and custody of the United States

Postal Service within the State of New York.


Dated: New York, NY
      June 7, 2018

                                  /s/ Ina Petersen

**Schedule "A"**

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Duane Morris LLP
Attn: Keri Linnea Wintle, Esq.
100 High St Ste 2400
Boston, MA 02110-1767

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KCP Advisory Group
2400 District Ave Ste 215
Burlington, MA 01803-5242

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

Oxford Finance LLC
Attn: Portfolio Manager
133 N Fairfax St
Alexandria, VA 22314-3229

Oxford Finance LLC
Attn: John Toufanian, Esq
133 N Fairfax St
Alexandria, VA 22314-3229

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                      Chapter 11

90 West Street LLC,                                         Case No. 18-40515-NHL

                               Debtor.
--------------------------------------------------------x

## DECLARATION OF SERVICE

       I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. §
1746:

       On August 15, 2018, I caused to be served the Revised Notice of Auction and
Sale (ECF #61) on those creditors and parties in interest set forth in **Schedule "A"**, by regular
mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such
persons and/or entities to be deposited in an official depository under the exclusive care and
custody of the United States Postal Service within the State of New York.

       On August 15, 2018, I also caused to be served the Revised Notice of Auction and
Sale (ECF #61) on those creditors and parties in interest set forth in **Schedule "B"**, by e-mail.

                                    /s/ J. Ted Donovan

SCHEDULE "A"

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

Meridian Capital Group LLC
Attn: Mr. Ari Dobkin
One Battery Park Plaza, 26th Floor
New York, NY 10004

## SCHEDULE "B"

| | |
|---|---|
| Avi Lipschutz | zisha@synergyhs.com |
| Larry Lipschutz | larrl18@aol.com |
| Ziggy Brach | ziggyb ziggyb@soundaroundusa.com |
| John T. Morrier, Esq | morrier@casneredwards.com |
| Patricia H Piskorski Heer, Esq. | PHHeer@duanemorris.com |
| John Robert Weiss, Esq. | JRWeiss@duanemorris.com |
| Marylou Martin, Esq. | Marylou.Martin@usdoj.gov |
| Ari Dobkin | ADobkin@meridiancapital.com |

**Information to identify the case:**

Debtor

**22 Maple Street, LLC, et al,**

Name

EIN   **90–1027450**

United States Bankruptcy Court   **Eastern District of New York**

Date case filed for chapter   **11**   **2/14/18**

Case number:   **1–18–40816–nhl**

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on September 25, 2018 by Mark A. Frankel on behalf of Zisha Lipshutz, appealing Order (A) approving and authorizing sale of substantially all of the Debtor's assets, document number 83.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

18–40515: Documents – 1,6,7,12,39,45,49,62.

Dated: October 29, 2018

Robert A. Gavin, Jr., Clerk of Court

By: s/Juliet Lecky

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]

# Notice Recipients

| District/Off: 0207−1 | User: jlecky | Date Created: 10/29/2018 |
|---|---|---|
| Case: 1−18−40816−nhl | Form ID: 770 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | Capital Funding, LLC | |
| cr | KCP Advisory Group, LLC | |
| jtadmdb | 25 Oriol Drive, LLC, | |
| jtadmdb | 59 Coolidge Road, LLC | |
| jtadmdb | 20 Kinmonth Road, LLC, | |
| cr | Zisha Lipshutz | |
| intp | Blue Cross and Blue Shield of Massachusetts, Inc. | |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | J Ted Donovan | Tdonovan@gwfglaw.com |
| aty | Jeff J Friedman | jeff.friedman@kattenlaw.com |
| aty | Kevin J Nash | KNash@gwfglaw.com |
| aty | Mark A. Frankel | mfrankel@bfklaw.com |
| aty | Paige Barr Tinkham | paige.tinkham@kattenlaw.com |
| aty | William J. Hanlon | whanlon@seyfarth.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | 22 Maple Street, LLC, et al, | 1600 63rd Street | Brooklyn, NY 11204−2713 | |
| r | Blueprint Healthcare Real Estate Advisors | 191 N Wacker Drive | Suite 1680 | Chicago, IL 60606 |
| aty | John T. Morrier, Esq | Casner & Edwards, LLP | 303 Congress Street | Boston, MA 02210 |

TOTAL: 3